**United States District Court**
**District of Minnesota**

| | |
|---|---|
| Denna Weddle, | Court file no. 13-cv-0135 (ADM/JJK) |
| Plaintiff, | |
| v. | **Order of Dismissal with Prejudice** |
| Diversified Adjustment Service, Inc. and Molly Doe, | |
| Defendants. | |

The court having been advised that the above-entitled action has been resolved, **it is ordered** that the above-entitled action against Defendants shall be and hereby is **dismissed with prejudice**, without costs, disbursements, or attorney fees to any party.

**Let judgment be entered accordingly**.

Date: April 1, 2013         s/Ann D. Montgomery

                            Ann D. Montgomery, Judge
                            United States District Court